George **MURYN**, Plaintiff-Appellant,

v.

**NEW YORK CENTRAL RAILROAD COMPANY**, Defendant-Appellee.

No. 9, Docket 24770.

United States Court of Appeals Second Circuit.

Argued Oct. 7, 1959.

Decided Oct. 7, 1959.

Daniel Galinson, New York City (Bromsen & Gammerman, New York City, on the brief), for plaintiff-appellant.

William L. Shumate, New York City (Gerald E. Dwyer, New York City, on the brief), for defendant-appellee.

Before LUMBARD, WATERMAN and FRIENDLY, Circuit Judges.

PER CURIAM.

 The plaintiff, having consented to go to the jury on the factual issues, by his failure to move for a directed verdict, will not be heard now to challenge the verdict for the defendant on the ground of the insufficiency of the evidence. Jorgensen v. York Ice Machinery Corporation, 2 Cir., 1947, 160 F.2d 432.

 In any event, we are of the opinion that a jury question was presented by the evidence regarding the operation by the defendant's employee of an electrical

transporter, as a result of which a three foot iron pipe was thrown through the air striking and injuring the plaintiff.

Judgment affirmed in open court.

WATERMAN, Circuit Judge, concurs in the result.